538 U.S. 992
 GALLEGOS-DELGADO
v.
UNITED STATES.
CARRANZA-VELASQUEZ
v.
UNITED STATES.
LOPEZ-ESPINOZA
v.
UNITED STATES.
BARAHONA-GALIAS
v.
UNITED STATES.
NORIEGA AKA DUENAZ DE GRANDE
v.
UNITED STATES.
GUILLEN-RODRIGUEZ AKA CAMACHO-MUNIZ
v.
UNITED STATES.
RAMOS AKA CAMACHO-LORENZO
v.
UNITED STATES.
ZAVALA-MARTINEZ
v.
UNITED STATES.
GOMEZ-CASTELLON
v.
UNITED STATES.
VELASQUEZ-LARIOS
v.
UNITED STATES.
 No. 02-9518.
 Supreme Court of United States.
 April 21, 2003.
 
 1
 CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT.
 
 
 2
 C. A. 5th Cir. Certiorari denied, Reported below: 54 Fed. Appx. 794; 54 Fed. Appx. 796; 54 Fed. Appx. 795; 54 Fed. Appx. 797; 54 Fed. Appx. 797; 54 Fed. Appx. 798; 54 Fed. Appx. 798; 54 Fed. Appx. 797; 54 Fed. Appx. 797; 54 Fed. Appx. 796.